UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 1:21-cr-00596-SO-4 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | **MOTION FOR IFP ORDER AND FOR** |
| | ) | **LEAVE TO FILE SUPPORTING** |
| FREDRICK JOHNSON, | ) | **FINANCIAL AFFIDAVIT UNDER** |
| | ) | **SEAL** |
| Defendant. | ) | |

Defendant Fredrick Johnson moves for an order determining that he qualifies for IFP status and is therefore entitled to the appointment of counsel on appeal. Mr. Johnson has completed the necessary financial affidavit to support this motion. As his financial affidavit contains his personal financial information and his underage dependents' names, Mr. Johnson moves under L. Cr. R. 49.1.1. for an order to file the financial affidavit under seal.

Respectfully submitted,

/s/Francesca Veres
FRANCESCA VERES
Legal Intern

/s/ Olivia Kuenzi
OLIVIA KUENZI
Legal Intern

/s/ Andrew S. Pollis
ANDREW S. POLLIS (0046392)
Attorney at Law
MILTON A. KRAMER LAW CLINIC CENTER
CASE WESTERN RESERVE UNIVERSITY SCHOOL OF LAW
11075 East Blvd.
Cleveland, Ohio 44106
Phone: 216-368-2766
Fax: 216-368-5137
Email: andrew.pollis@case.edu

Attorney and Legal Interns for
Defendant-Appellant Fredrick Johnson

Dated: October 4, 2023
AP-4790-PLDG-231004-Motion for IFP Status

**PROOF OF SERVICE**

A copy of the foregoing was served on this 4th day of October, 2023, through the Clerk's electronic-filing system on all parties of record.

/s/ Andrew S. Pollis
Andrew S. Pollis